# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

February 26, 2010

*Before*

RICHARD D. CUDAHY, *Circuit Judge*

DIANE P. WOOD, *Circuit Judge*

TERENCE T. EVANS, *Circuit Judge*

| | |
|---|---|
| IN RE: TIMOTHY E. GYSIN, DONNA E. GYSIN,<br><br>        Debtors.<br><br>APPEAL OF:  DEBRA L. MILLER, Trustee.<br><br>No. 09-3013 | ] Appeal from the United<br>] States District Court for<br>] the Northern District<br>] of Indiana, South Bend<br>] Division.<br>]<br>] No. 3:09-cv-00184-WCL<br>]<br>] William C. Lee,<br>]      Judge. |

     **IT IS ORDERED** that the opinion of this court issued on February 19, 2010, is amended as follows:

     On page 1, line 4 of the opening paragraph, change "Linda Miller" to "Debra Miller".